DISMISSAL FORM FOR CIVIL CASES ON ANT'S MOTION /SETTLEMENT 



 NO. 12-02-00327-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS



IN RE: §
 


TYLER ROSE NURSERY, INC.,
§
 ORIGINAL PROCEEDING


RELATOR
§
 

 
______________________________________________________________________________


PER CURIAM



 Relator Tyler Rose Nursery, Inc. has filed a motion to withdraw its petition for writ of
mandamus filed on November 12, 2002. All other parties to the proceeding have been given notice
of the filing of this motion. In its motion, Relator represents that the parties to the underlying
proceeding have signed a settlement agreement that disposes of the remaining issue between them
in the trial court. Because Relator has met the requirements for dismissal, the motion is granted, and
the proceeding is dismissed.


Opinion delivered November 26, 2002.

Panel consisted of Gohmert, Jr., C.J., Worthen, J., and Griffith, J.





(DO NOT PUBLISH)